# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KENNETH & YAEL MESA |
| **Case Number:** | 2:10-bk-36126-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 09, 2013 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## *Matters:*

1) MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (ASC / US BANK AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.
   **R / M #:** 230 / 270

2) MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (BOFA / BOYN AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA. ( ANDREW PASTWICK - T )
   **R / M #:** 231 / 270

3) MOTION TO DETERMINE BALANCES, TO COMPEL ADJUSTMENT OF STATEMENTS AND CANCELLATION OF TRUSTEES SALE, AND TO AWARD SANCTIONS (OCWEN / BONY AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.
   **R / M #:** 232 / 270

## *Appearances:*

KELLY G. BLACK, ATTORNEY FOR KENNETH MESA, YAEL MESA
LEONARD MCDONALD, ATTORNEY FOR US BANK
ANDREW PASTWICK, ATTORNEY BANK OF NEW YORK

## *Proceedings:*

(1) MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (ASC / US BANK AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.

(2) MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (BOFA / BOYN AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA. ( ANDREW PASTWICK - T )

(3) MOTION TO DETERMINE BALANCES, TO COMPEL ADJUSTMENT OF STATEMENTS AND CANCELLATION OF TRUSTEES SALE, AND TO AWARD SANCTIONS (OCWEN / BONY AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.

Mr. Black advises he has received to date one statement that conforms to the plan. He is asking the Orders be entered to each Motion to Compel the lenders to adjust the statements. He advises no objections have been filed. Mr. Black asks an Order be entered requiring the compliance for all of the properties.

Mr. McDonald states his client US Bank advised the statement issue has been corrected. He notes there has been an escrow shortage since the plan was confirmed. He suggests a continued hearing be set in 60 days.

Mr. Pastwick requests a continued hearing in 60 days to include the Motion as to Ocwen.

COURT:  IT IS ORDERED CONTINUING THE MOTIONS TO JUNE 20, 2013, AT 2:30 P.M.
THE COURT WILL SIGN AN ORDER ENTERING THE FINAL DECREE WHEN SUBMITTED.

Case 2:10-bk-36126-DPC   Doc 275   Filed 05/09/13   Entered 06/03/13 07:32:36   Desc
Main Document    Page 1 of 1                                          06/03/2013   7:32:12AM