# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH & YAEL MESA |
| **Case Number:** | 2:10-bk-36126-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 20, 2013 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matters:

1) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (ASC / US BANK AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.  (ANDREW PASTWICK - T )
   **R / M #:**   230 / 0

2) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (BOFA / BOYN AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.  ( ANDREW PASTWICK - T )
   **R / M #:**   231 / 0

3) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES, TO COMPEL ADJUSTMENT OF STATEMENTS AND CANCELLATION OF TRUSTEES SALE, AND TO AWARD SANCTIONS (OCWEN / BONY AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.
   **R / M #:**   232 / 0

## Appearances:

KELLY G. BLACK, ATTORNEY FOR KENNETH  MESA AND YAEL  MESA
ANDREW PASTWICK, ATTORNEY FOR BANK OF NEW YORK
DARYL DORSEY, ATTORNEY FOR US BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:10-bk-36126-DPC        THURSDAY, JUNE 20, 2013 02:30 PM

## *Proceedings:*

(1) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (ASC / US BANK AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.   (ANDREW PASTWICK - T )

(2) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES AND COMPEL ADJUSTMENT OF STATEMENTS (BOFA / BOYN AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.  ( ANDREW PASTWICK - T )

(3) CONTINUED HEARING ON MOTION TO DETERMINE BALANCES, TO COMPEL ADJUSTMENT OF STATEMENTS AND CANCELLATION OF TRUSTEES SALE, AND TO AWARD SANCTIONS (OCWEN / BONY AS TRUSTEE) FILED BY KELLY G. BLACK OF JACKSON WHITE ON BEHALF OF KENNETH MESA, YAEL MESA.

Mr. Black ASC/US Bank was the servicer who is represented by Mr. Dorsey and advises there are still issues with inaccuracies. His client is willing to take the most recent statements with changes.  Mr. Dorsey understands all of the statements have been adjusted and should be accurate as of July 1st.

THE COURT DIRECTS COUNSEL TO MEET AND CONFER AS TO A STIPULATED ORDER;  FAILING THAT COUNSEL SHOULD REQUEST A CONTINUED HEARING. THE COURT WILL SIGN THE STIPULATED ORDER WHEN SUBMITTED BY MR. BLACK.   FAILING THAT THE COURT WILL SET A FURTHER HEARING.

#2-  Mr. Pastwick requests a continued hearing to July 14th to allow Bank of America and Debtor to enter into a stipulated order.   His client advises all but one statement has been corrected.   Mr. Black spoke with Mr. Pastwick about the statements on Wednesday, June 19, 2103, and there is no statement from BOA that complies with the plan.

COURT:  IT IS ORDERED DEBTOR AND US BANK TO MEET AND CONFER; MR. BLACK TO PREPARE A FORM OF ORDER THAT ACCURATELY COMPLIES WITH THE PLAN.  THE COURT WILL SIGN A STIPULATED ORDER WHEN SUBMITTED' FAILING THAT THE COURT WILL SET A FURTHER HEARING.

#3 - Mr. Black advises there are 8 properties with Ocwen and a notice of default was sent on 4 of the properties after the last hearing.  He argues the notices of default should be withdrawn and he provides the Court a summary of the statements re: late charges and escrow payments.

Mr. Pastwick request Mr. Black send the documents to his office to he correct the problems.

COURT:  MR.  BLACK IS DIRECTED TO  PREPARE  A STIPULATED  ORDER TO BE SIGNED BY MR. PASTWICK.

Case 2:10-bk-36126-DPC    Doc 280    Filed 06/20/13    Entered 09/09/13 09:42:41    Desc
Main Document    Page 2 of 2

09/09/2013    9:42:24AM